JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 10-71090 |
| **Michael Duane Dickerson** | § | |
| **Valerie Susanne Dickerson**, | § | Chapter: 13 |
| | § | |
| Debtors. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by BANK OF AMERICA, N.A. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. BANK OF AMERICA, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 5/22/2015      McCarthy & Holthus, LLP

By: /s/ Merdaud Jafarnia, Esq.
Merdaud Jafarnia, Esq.,
Attorneys for BANK OF AMERICA, N.A.

M&H File No. CA-15-114763

JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-71090 |
| | ) |
| Michael Duane Dickerson | ) Chapter 13 |
| Valerie Susanne Dickerson, | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| Debtors. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) |
| | ) Judge: William J. Lafferty |

# CERTIFICATE OF SERVICE

On **5/26/2015**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

| US TRUSTEE | DEBTOR(S) COUNSEL |
|---|---|
| USTPRegion17.OA.ECF@usdoj.gov | Patrick L. Forte<br>pat@patforte.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Rhonda Giere
Rhonda Giere

On **5/22/2015**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Michael Duane Dickerson, 1730 Nuala Street, Concord, CA 94518

Valerie Susanne Dickerson, 1730 Nuala Street, Concord, CA 94518

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 5/22/2015     /s/ Christian Aguilar
Christian Aguilar

2

File No. CA-15-114763
Certificate of Service, Case No. 10-71090
Case: 10-71090   Doc# 64   Filed: 05/26/15   Entered: 05/26/15 13:47:22   Page 3 of 3